IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-174

| | |
|---|---|
| ANNELIESE SIMMONS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAMERON KERLEY, individually and in ) | |
| his official capacity; CHRIS BOWMAN, in ) | |
| his official capacity as Sherriff Of Alexander ) | |
| County; OHIO CASUALTY INSURANCE ) | |
| COPMANY, Surety on Sheriff Bowman's ) | |
| Bond, ) | |
| ) | |
| **Defendants.** ) | |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff served timely Notice of Acceptance of Defendants' Offer of Judgment, by which Defendants offered "to allow judgment to be taken against them by Plaintiff for a lump sum amount of $3,500, exclusive of attorney fees."

It is therefore ordered that the plaintiff Anneliese Simmons recover from Cameron Kerley, Chris Bowman, in his official capacity as Sheriff of Alexander County, and the Ohio Casualty Insurance Company, jointly and severally, the amount of $3,500.

Date: Jan. 29, 2015

The Honorable Judge Voorhees